**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARK THORP,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No.  18-1071 (JEB)** |
| **THE DISTRICT OF COLUMBIA,** *et al.*, | |
| **Defendants.** | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that:

1.  Plaintiff's Motion for a Preliminary Injunction is DENIED; and

2.  In light of this Opinion, Defendant may file an amended Motion to Dismiss by July 6,

2018.

**SO ORDERED.**

*/s/ James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  June 22, 2018

1